*E-FILED: September 25, 2013*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DELA CRUZ, an individual;<br>EVELYN DELA CRUZ, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK, FA;<br>WAMU ACCEPTANCE CORP.; BANK OF<br>AMERICA, N.A., as Trustee for WaMu<br>Asset-Backed Certificates, WaMu Series<br>2007-OA6; CALIFORNIA<br>RECONVEYANCE COMPANY; and DOES<br>1 through 50, inclusive,<br><br>        Defendants. | Case No.  5:13-cv-04136 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On September 13, 2013, defendants filed a motion to dismiss. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than September 23, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated:   September 25, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04136-HRL Notice has been electronically mailed to:

Andrew Michael Purdy     apurdy@morganlewis.com

5:13-cv-04136-HRL Notice sent by U.S. Mail to:

Efren Dela Cruz
3217 Poltonhall Court
San Jose, CA 95121

Evelyn Dela Cruz
3217 Poltonhall court
San Jose, CA 95121

2